No. 9747. MIKE KUCHERA, Plaintiff and Respondent, *v.* JOHN SCHULTZ, Defendant and Appellant.

304 Pac. (2d) 1120.

Decided Dec. 26, 1956.

*Kurth, Conner & Jones,* Billings, for Appellant.

*Fred N. Dugan,* Billings, for Respondent.

Per Curiam.

Pursuant to written stipulation by and between counsel for John Schultz, the appellant and Mike Kuchera, the respondent, filed herein on December 26, 1956, it is ordered that this Appeal be, and it is, dismissed, each party to bear his own costs on appeal.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES ANDERSON, and BOTTOMLY, concur.